■ GENERATIONS CHILD CARE, INC., Respondent, v LIVING WORD TEMPLE OF RESTORATION et al., Appellants. [29 NYS3d

836]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered October 8, 2014. The order and judgment determined the rights and obligations of the parties pursuant to a certain lease agreement.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Smith, J.P., Carni, Lindley, Curran and Troutman, JJ.